WATFORD, Circuit Judge,
concurring:
I agree that Hernandez-Arias was properly removed in 2010 as “[a]n alien present in the United States without being admitted or paroled.” 8 U.S.C. § 1182(a)(6)(A)(i). The statutory phrase “present in the United States without being admitted or paroled” describes a status, one that Hernandez-Arias held after entering the country without inspection. Even if Hernandez-Arias lost that status when he obtained lawful temporary residence, he regained that status when his lawful temporary residence was terminated. If there were any doubt on that score, *1286 the governing regulation resolves it. The regulation states that termination of lawful temporary residence “shall act to return such alien to the unlawful status held prior to the adjustment,” 8 C.F.R. § 245a.2(u)(4), which in Hernandez-Arias’ case was that of an alien “present in the United States without being admitted or paroled.” I don’t think we need to say anything beyond that to resolve this issue.
I join the court’s opinion with respect to all other issues.